IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HODGES-TOBY,                                    No. 03-04907 CW

      Plaintiff,
                                               ORDER
  v.                                         ADMINISTRATIVELY
                                               CLOSING CASE
JDS UNIPHASE CORPORATION ET AL,

      Defendant.
_____/

    On December 29, 2003, the above-captioned case was consolidated for all further proceedings with C-03-4743 CW, <u>Pettit v. JDS Uniphase Corporation</u>.  Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated:  9/29/09

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California